IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-CV-263-RJC-DCK

| LAURA B. GREENE, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | ORDER |
|  | ) |  |
| SHAPIRO & INGLE, LLP, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Renewed Motion To File Under Seal In Response To Order Filed March 5, 2018" (Document No. 30) filed March 7, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant's Renewed Motion To File Under Seal In Response To Order Filed March 5, 2018" (Document No. 30) is **GRANTED**. Document No. 25 and its attachments shall remain under seal.

**IT IS FURTHER ORDERED** that Defendant shall file an unsealed version of its "Memorandum Of Law In Support Of Defendant's Motion For Summary Judgment" and attached exhibits, with redactions as proposed in the instant motion. See (Document No. 30, pp. 2-3).

**SO ORDERED**.

Signed: March 8, 2018

David C. Keesler
United States Magistrate Judge