# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:17-CV-263-RJC-DCK

| | |
|---|---|
| LAURA B. GREENE, | ) |
|     Plaintiff, | ) |
| v. | )     **ORDER** |
| SHAPIRO & INGLE, LLP, | ) |
|     Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Renewed Motion For Leave To File Under Seal" (Document No. 36) filed March 12, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion, without prejudice.

It appears that the instant motion is premature since Plaintiff is unable to specifically identify the information she seeks to seal. While the Court is likely to allow the requested relief, if there are no alternatives, it would assist the Court's determination to review the material in question. At this point, Plaintiff proposes to seal categories of information without limit. <u>See</u> (Document No. 36, p.2). Moreover, Plaintiff does not indicate consultation with Defendant's counsel. <u>See</u> Local Rule 7.1(b).

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Renewed Motion For Leave To File Under Seal" (Document No. 36) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff may file a Motion to Seal along with her response to "Defendant's Motion for Summary Judgment" (Document No. 24) consistent with

Local Rule 6.1, identifying the information she seeks to seal and/or redact.

**SO ORDERED**.

Signed: March 12, 2018

David C. Keesler
United States Magistrate Judge