# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## DOCKET NO. 3:17-CV-263-RJC-DCK

| | |
|---|---|
| LAURA B. GREENE, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| SHAPIRO & INGLE, LLP, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Second Motion For Leave To File Under Seal" (Document No. 41) filed March 22, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Second Motion For Leave To File Under Seal" (Document No. 41) is **GRANTED**. Document No. 40 and its attachments shall remain under seal.

**IT IS FURTHER ORDERED** that Plaintiff shall file a public version of her response and attachments, with appropriate redactions, as proposed in the instant motion on or before **March 30, 2018**.

**SO ORDERED**.

Signed: March 26, 2018

David C. Keesler
United States Magistrate Judge