# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Laura B Greene, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00263-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Shapiro & Ingle, LLP, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 15, 2018 Order.

June 21, 2018

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court